August 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

REGINALD WARREN, REGINALD ROWE, AND FRED BULPITT, Appellants

NO. 14-13-00564-CV                                V.

BP PRODUCTS NORTH AMERICA, INC. A/K/A BP TEXAS CITY AND BP CORPORATION NORTH AMERICA, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, BP Products North America, Inc. a/k/a BP Texas City and BP Corporation North America, Inc., signed April 3, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, BP Products North America, Inc. a/k/a BP Texas City and BP Corporation North America, Inc., jointly and severally.

We further order this decision certified below for observance.